IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01230-BNB

JOHNNIE T. WARREN, Real Living Sovereign-in-Fact,

Plaintiff, named as Demandant [sic],

v.

UNITED STATES PENITENTIARY FLORENCE, at [sic] al.,
CEO/WARDEN C. DANIELS,
SIS HIDLE, and
ALL OFFICIALS, OFFICERS, EMPLOYEES, SUBDIVISIONS AND ALL AGENTS
   THEREOF,

Defendants, named as Respondents.

## ORDER OF DISMISSAL

Plaintiff, Johnnie T. Warren, is a prisoner in the custody of the United States Bureau of Prisons and is currently incarcerated at the United States Penitentiary in Florence, Colorado. He initiated this action by filing a "Judicial Notice" and an "Affidavit of Truth" with the Court on May 21, 2010.

In an order filed on May 27, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Warren to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Warren to file a complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Warren was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Warren has not communicated with the Court since May 21, 2010. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this __7th__ day of __July__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10-cv-01230-BNB

Johnnie T. Warren
Reg No. 83519-022
Usp - Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk